

U.S. Department of Justice

United States Attorney
Eastern District of New York

RMS/KRA
F. #2023R00469

271 Cadman Plaza East
Brooklyn, New York 11201

June 10, 2025

By ECF
The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Abdoul Azika, No. 25-CR-194

Dear Judge Irizarry and Judge Ross:

Pursuant to Local Rule 50.3.2, the government hereby notifies the Court that the above-captioned case against the defendant Abdoul Azika ("Azika") is presumptively related to United States v. Jaquell Blackwell, No. 24-CR-483 (ARR) ("Blackwell").

Local Rule 50.3.2(b)(1) provides for a "presumption that one case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case." Local Rule 50.3.2(c)(1) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be presumptively related to another pursuant to Section (b)(1)."

This letter constitutes the notice directed by Local Rule 50.3.2(c)(1). Azika is presumptively related to Blackwell because the criminal conduct underlying Azika arises out of the same criminal conduct charged in Blackwell. Specifically, the defendant in Azika will be charged by information with committing a carjacking on March 19, 2023, and the defendant in Blackwell has been charged by indictment with, inter alia, that same carjacking.

  Because <u>Azika</u> and <u>Blackwell</u> are thus presumptively related, the government respectfully submits that reassignment of <u>Azika</u> would be appropriate, as it would result in a significant savings of judicial resources and serve the interests of justice.

                Respectfully submitted,

                JOSEPH NOCELLA, JR.
                United States Attorney

          By: /s/
                Rebecca M. Schuman
                Kamil R. Ammari
                Assistant U.S. Attorney
                (718) 254-7000

cc: Clerk of Court (by ECF)
   Michael Weil, Esq. (by ECF)